**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GREGORY BLAIS, *
*
Plaintiff, *
v. *
*
BAYWAY ISLES -- POINT *
BRITTANY THREE *
CORPORATION, INC., a *
Florida Not for Profit Corporation, *
*
Defendant. *

******************************

**Case No. 8:21-cv-01126-VMC-JSS**

**PERMANENT AND DECLARATORY INJUNCTIVE RELIEF REQUESTED**
**JURY TRIAL DEMANDED**

**PLAINTIFF'S AMENDED NOTICE OF MEDIATION CONFERENCE DATE AND LOCATION**

Plaintiff, GREGORY BLAIS, pursuant to the Court's July 19, 2021 "Case Management and Scheduling Order," notifies the Court that Plaintiff's and Defendant's counsel, in co-ordination with the office of mediator CYNTHIA N. SASS, Esq. of the Sass Law Firm, have chosen Thursday, February 24, 2022 starting at or about 9:30 a.m. for the date of mediation of this case, at the offices of the Sass Law Firm, 601 West Dr. Martin Luther King Jr. Blvd., Tampa, FL 33603.

**CERTIFICATE OF SERVICE**

I HERBY CERTIFY that on this 10th day of August, 2021, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the

Court via CM/ECF, which will send notice of electronic filing to all counsel of record; and a copy was also furnished via electronic mail to Cynthia N. Sass, Esq. at csass@sasslawfirm.com.

Respectfully Submitted,

BAY AREA LEGAL SERVICES, INC.

**By:** s/*James J. Moss*

James J. Moss, Esq.
4948 Central Avenue
St. Petersburg, FL 33707
727-490-4040 Ext. 104
Florida Bar No. 821421
FAX 727 201-4331
e-mail: jmoss@bals.org
(secondary mmckinnon@bals.org)
TRIAL COUNSEL for Plaintif